COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:  01-13-00697-CR

Style:  Maron Thomas

**v** The State of Texas

Date motion filed[*]:  May 30, 2014

Type of motion:  Motion for extension of time to file brief

Party filing motion:  Appellant

Document to be filed:  Appellant's brief

If motion to extend time:

    Original due date:  March 3, 2014

    Number of extensions granted:  1  Current Due date:  June 2, 2014

    Date Requested:  August 18, 2014

Ordered that motion is:

    ☑  Granted in part

        If document is to be filed, document due:  July 2, 2014

        ☑  No further extensions of time will be granted

    ☐  Denied

    ☐  Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐  Other: _____

    **We grant in part appellant's request for a 75-day extension of time in which to file his brief.  We order appellant's brief filed no later than July 2, 2014.  No further extensions will be granted.  Unless appellant's brief is filed by July 2, 2014, we will abate this case for a hearing pursuant to Rule 38.8.  *See* TEX. R. APP. P. 38.8.**

Judge's signature: /s/ Chief Justice Sherry Radack

        ☐ Acting individually    ☐ Acting for the Court

Panel consists of _____

Date:  June 3, 2014

November 7, 2008 Revision